UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00007-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXI HERNANDEZ-ARRAZOLA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, February 14, 2011,** and responses to these motions shall be filed by **Monday, February, 21, 2011.**  It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, March 7, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated:  January 11, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge