UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00007-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXI HERNANDEZ-ARRAZOLA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict of the Court, the change of plea hearing set for Monday, June 27, 2011, at 11:00 a.m. is **RESET** to **Monday, June 27, 2011, at 4:00 p.m., in courtroom A-1002.**

    Dated:  June 27, 2011.